**Affirmed and Opinion Filed July 27, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00216-CR

**PILAR FRANCISCO GONZALES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-87839-2015**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Brown
Opinion by Justice Brown

After a jury found appellant guilty of driving while intoxicated, the trial court assessed punishment at 120 days in county jail, probated for twelve months, and a $500 fine. Based on the trial court's findings following a hearing about why the reporter's record had not been filed, we concluded appellant had abandoned his appeal. We ordered the appeal submitted without the reporter's record and briefs. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4). Absent briefs, there are no issues before us. Finding no fundamental error, we affirm the trial court's judgment.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
170216F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PILAR FRANCISCO GONZALES,
Appellant

No. 05-17-00216-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
No. 3, Collin County, Texas
Trial Court Cause No. 003-87839-2015.
Opinion delivered by Justice Brown, Chief
Justice Wright and Justice Myers
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered July 27, 2017.